# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-748-147**

Effective date of registration:

August 12, 2011

---

### Title

**Title of Work:** Thugboy V11 - Running from the Dick

### Completion/Publication

**Year of Completion:** 2011

**Date of 1st Publication:** May 1, 2011    **Nation of 1st Publication:** United States

### Author

- **Author:** Flava Works, Inc.
  **Author Created:** entire motion picture
  **Work made for hire:** Yes
  **Citizen of:** United States    **Domiciled in:** United States

### Copyright claimant

**Copyright Claimant:** Flava Works, Inc.
2610 N Miami Ave, Miami, FL, 33127, United States

### Rights and Permissions

**Organization Name:** Flava Works, Inc.
**Address:** 2610 North Miami Ave
Miami, FL 33127 United States

### Certification

**Name:** Phillip Bleicher
**Date:** August 12, 2011