UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **Flava Works, Inc.,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 12-CV-7869 |
| | ) | |
| v. | ) | |
| | ) | |
| **John Does 1 to 293,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**ORDER**

This cause coming before the Court on Plaintiff, Flava Works, Inc.'s Motion to for Extension of Time to Serve John Doe Defendants 1 to 293, due notice being given, the Court being fully advised in the premises;

It is hereby ordered that:

1. Plaintiff is granted an additional 120 days to serve the Defendants.

DATE: 3/27/2013                                    ENTERED:

_____
JUDGE