J. Curtis Edmondson, CSB# 236105
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson @edmolaw .com

Attorney for Defendant, Doe IP address 173.17.92.42.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| FLAVA WORKS, INC., ) | Case No.: 1:12-CV-07869 |
| ) | |
| Plaintiff, ) | MOTION TO APPEAR BY TELEPHONE |
| ) | |
| vs. ) | Hon. Joan H. Lefkow |
| ) | |
| JOHN DOES 1 to 293, ) | Date of Presentment: April 11, 2013 |
| ) | Time of Presentment: 8:30am |
| Defendant. ) | |
| ) | |
| ) | |

## ADMINISTRATIVE MOTION TO APPEAR BY TELEPHONE

Defendant, Doe IP address 173.17.92.42, through its undersigned counsel, J. Curtis Edmondson, hereby requests this Court's permission to allow J. Curtis Edmondson to appear by telephone at the upcoming Hearing regarding the Motion to Dismiss Plaintiff's Complaint for Copyright Infringement and Conspiracy, scheduled to be presented on April 11, 2013, at 8:30am in Courtroom 1925.  Movant makes this request in light of the fact that Mr. Edmondson's office is located in Hillsboro, Oregon and the expenses and burden of traveling back and forth will be great.  Mr. Edmondson can be reached at (503) 701-9719.

///

Respectfully submitted,      Law Offices of J. Curtis Edmondson

By: /s/ J. Curtis Edmondson
J. Curtis Edmondson (CSB# 236105)
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson @edmolaw .com
*Attorney for Defendant, Doe IP Address 173.17.92.42*

## PROOF OF SERVICE

The undersigned hereby certifies that on April 3, 2013, all individuals of record who are deemed to have consented to electronic service are being served a true and correct copy of the foregoing document, *Motion to Appear by Telephone*, and all attachments and related documents, using the Court's ECF system.

Signature: /s/ William Petillo      Date: 4/3/13

Name: William Petillo

Address: 3699 NW John Olsen Place      Phone: 503-336-3749

    Hillsboro, OR 97124