J. Curtis Edmondson, CSB# 236105
Venture Commerce Center
3699 NW John Olsen Place
Hillsboro, OR 97124
Phone: 503-336-3749
Fax: 503-482-7418
Email: jcedmondson @edmolaw.com

Attorney for Defendant(s) DOE IP address 173.17.92.42

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FLAVA WORKS, INC., | ) Case No.: 1:12-CV-07869 |
| | ) |
| Plaintiff, | ) Judge: Hon. JOAN H. LEFKOW |
| | ) |
| vs. | ) **NOTICE OF MOTION TO APPEAR BY** |
| | ) **TELEPHONE** |
| JOHN DOES 1 to 293 | ) |
| | ) Date of Presentment: April 11, 2013 |
| Defendants. | ) Time of Presentment: 8:30 am |
| | ) |
| | ) |

**NOTICE OF MOTION**

**TO:** Meanith Huon
Huon Law Firm
P.O. Box 441
Chicago, IL 60690
(312) 405-2789
Email: huon.meanith@gmail.com
*Attorney for Flava Works, Inc.*

**PLEASE TAKE NOTICE** that on April 11, 2013, at 8:30 am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Joan H. Lefkow or any judge sitting in his or her stead in Courtroom 1925 of the U.S. District Court of the Northern District of Illinois,

1

Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present the following motion attached hereto: **MOTION TO APPEAR BY TELEPHONE**

Dated: 4/2/2013             Signature: /s/ J. Curtis Edmondson
                                         J. Curtis Edmondson

---

### PROOF OF SERVICE

I hereby certify that on April 3, 2013, I provided service of the foregoing **Motion to Appear by Telephone** to the person or persons listed above by the following means: automatic notification via CM/ECF.

Signature: /s/ William Petillo             Date: 4/3/13

Name: William Petillo

Address: 3699 NW John Olsen Place             Phone: 503-336-3749

   Hillsboro, OR 97124