UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-07869 |
| | ) |
| **John Doe Nos. 1 to 293,** | ) |
| | ) |
| Defendants. | ) |

### PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO AMEND THE COMPLAINT ON ITS FACE AND CONVERT JOHN DOES NOS. 86, 88, 96, 137, 268, 269 AND 270 TO NAMED DEFENDANTS

Plaintiff, Flava Works, Inc., ("Flava") by its attorneys, Juneitha Shambee, states as follows:

1. Plaintiff filed a Complaint on October 1, 2012, naming John Does as Defendants because the name of the Defendants were unknown to Plaintiff at the time of filing.

2. The Clerk of the Court will not issue a summons with regard to a John Doe unless the Complaint identifies the John Does by name.

3. Plaintiff previously issued a subpoena to Comcast for the IP addresses of the John Doe Defendants using it as an ISP ("Internet Service Provider").

4. Plaintiff now seeks to amend the Complaint on its face, converting John Does Nos. 86, 88, 96, 137, 268, 269 and 270 to actual named Defendants and for summons to issue.

5. Furthermore, due to settlement negotiations, Plaintiff reserves the right to convert John Doe 265 to a name Defendant at a later time if settlement negotiations should fail. If a settlement is met, we will seek to dismiss John Doe 265.

WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court allow Plaintiff, Flava Works, Inc., leave to convert John Does Nos. 86, 88, 96, 137, 268, 269 and 270 into named Defendants using Defendants' real names, based on Flava Works, Inc.'s files and records.

    Respectfully Submitted,
By: /s/ Juneitha Shambee
Shambee Law Office, Ltd.
PO Box 91
Evanston, IL 60204-0091
773-741-3602
shambeelaw@gmail.com
ARDC No.: 6308145

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) **Case No. 1:12-cv-07869** |
| | ) |
| | ) |
| | ) |
| | ) |
| **John Doe Nos. 1 to 293,** | ) |
| | ) |
| **Defendants.** | ) |

## PROOF OF SERVICE

Under penalties of law, I certify that on October 6, 2014, I served the following documents or items:

## PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO AMEND THE COMPLAINT ON ITS FACE AND CONVERT JOHN DOES NOS. 86, 88, 96, 137, 268, 269 AND 270 TO NAMED DEFENDANTS

on all counsel of record by electronically filing.

Respectfully Submitted,
By: /s/ Juneitha Shambee
Shambee Law Office, Ltd.
PO Box 91
Evanston, IL 60204-0091
773-741-3602
shambeelaw@gmail.com
ARDC No.: 6308145