| FLAVA WORKS - THUGBOY #11 - RUNNING FROM THE DICK / FILE SHARING TORRENT PIRATES | | | | | | | |
|---|---|---|---|---|---|---|---|
| IP | Time | Date | Country | State | City | ISP | |
| 107.10.48.60 | 9:25:37 | 8/30/2012 | US | Ohio | Cleveland | Road Runner | |
| 107.15.154.231 | 17:03:15 | 9/28/2012 | US | | | Road Runner | |
| 108.11.1.8 | 19:30:32 | 8/30/2012 | US | New Jersey | Cape May Court Ho | Verizon Internet Services | |
| 108.132.139.200 | 9:20:35 | 8/30/2012 | US | Florida | Boca Raton | Bellsouth.net | |
| 108.206.12.164 | 17:03:14 | 9/28/2012 | US | Missouri | Saint Louis | Sbc Internet Services | |
| 108.209.196.80 | 14:54:07 | 8/30/2012 | US | Texas | Dallas | Sbc Internet Services | |
| 108.218.144.211 | 0:31:28 | 8/30/2012 | US | Texas | Euless | Sbc Internet Services | |
| 108.231.28.212 | 13:13:27 | 8/30/2012 | US | | | Sbc Internet Services | |
| 108.233.42.254 | 9:27:18 | 8/30/2012 | US | | | Sbc Internet Services | |
| 108.234.220.39 | 9:20:35 | 8/30/2012 | US | | | Sbc Internet Services | |
| 108.240.60.217 | 21:30:52 | 8/30/2012 | US | | | Sbc Internet Services | |
| 108.241.73.6 | 15:55:08 | 8/30/2012 | US | | | Sbc Internet Services | |
| 108.243.192.167 | 5:31:57 | 8/30/2012 | US | | | Sbc Internet Services | |
| 108.250.112.139 | 16:30:01 | 8/30/2012 | US | | | Sbc Internet Services | |
| 108.28.117.171 | 7:31:59 | 8/30/2012 | US | Virginia | Woodbridge | Verizon Internet Services | |
| 108.48.3.103 | 14:59:44 | 8/30/2012 | US | Maryland | District Heights | Verizon Internet Services | |
| 108.58.241.66 | 9:32:19 | 8/30/2012 | US | New York | Bronx | Optimum Online | |
| 108.83.25.83 | 1:31:35 | 8/30/2012 | US | Florida | Hialeah | Sbc Internet Services | |
| 108.83.26.124 | 20:00:37 | 8/30/2012 | US | Florida | Hialeah | Sbc Internet Services | |
| 108.92.0.31 | 20:00:37 | 8/30/2012 | US | Texas | Houston | Sbc Internet Services | |
| 12.200.89.68 | 9:22:36 | 8/30/2012 | US | Michigan | East Lansing | Acc-airwave Networks | |
| 128.252.210.246 | 9:58:39 | 8/30/2012 | US | Missouri | Saint Louis | Washington University | |
| 128.82.26.86 | 9:20:53 | 8/30/2012 | US | Virginia | Norfolk | Old Dominion University | |
| 139.55.174.249 | 17:03:12 | 9/28/2012 | US | North Carolina | Lexington | Windstream Communications | |
| 142.54.66.226 | 9:12:22 | 8/30/2012 | US | Massachusetts | Wakefield | Epsilon Data Management | |
| 166.249.193.219 | 0:01:24 | 8/30/2012 | US | Texas | Dallas | Wireless Data Service Provider Corporation | |
| 166.249.196.63 | 23:31:19 | 8/30/2012 | US | Texas | La Porte | Wireless Data Service Provider Corporation | |
| 169.230.105.59 | 10:12:36 | 8/30/2012 | US | California | San Francisco | University Of California San Francisco | |
| 173.13.44.225 | 13:09:06 | 8/30/2012 | US | Pennsylvania | Bethlehem | Comcast Business Communications | |
| 173.164.73.202 | 22:00:56 | 8/30/2012 | US | Oregon | Gresham | Comcast Business Communications | |
| 173.17.92.42 | 19:04:55 | 8/30/2012 | US | Minnesota | Hutchinson | Mediacom Communications Corp | |

| IP Address | Time | Date | Country | State | City | ISP |
|---|---|---|---|---|---|---|
| 173.175.203.41 | 14:29:40 | 8/30/2012 | US | Texas | Arlington | Road Runner |
| 173.217.109.101 | 12:15:32 | 8/30/2012 | US | Louisiana | Natchitoches | Suddenlink Communications |
| 173.25.233.222 | 20:30:41 | 8/30/2012 | US | Iowa | Urbandale | Mediacom Communications Corp |
| 173.66.130.21 | 19:06:44 | 8/30/2012 | US | Maryland | Capitol Heights | Verizon Internet Services |
| 173.66.147.89 | 8:53:10 | 8/30/2012 | US | Maryland | Beltsville | Verizon Internet Services |
| 173.66.92.141 | 15:59:58 | 8/30/2012 | US | Maryland | Temple Hills | Verizon Internet Services |
| 173.74.39.30 | 10:03:09 | 8/30/2012 | US | Texas | Keller | Verizon Internet Services |
| 173.79.141.239 | 9:27:30 | 8/30/2012 | US | Maryland | Fort Washington | Verizon Internet Services |
| 173.79.162.131 | 17:34:19 | 8/30/2012 | US | Virginia | Arlington | Verizon Internet Services |
| 173.8.97.69 | 14:59:44 | 8/30/2012 | US | Minnesota | Hamel | John A- Knutson And Company |
| 173.80.88.132 | 10:37:08 | 8/30/2012 | US | West Virginia | Oak Hill | Suddenlink Communications |
| 173.93.149.44 | 9:39:31 | 8/30/2012 | US | North Carolina | Laurinburg | Road Runner |
| 174.109.100.84 | 14:59:44 | 8/30/2012 | US | North Carolina | Raleigh | Road Runner |
| 174.134.16.235 | 14:24:07 | 8/30/2012 | US | California | Bakersfield | Brighthouse Networks Bakersfield |
| 174.44.173.240 | 11:23:54 | 8/30/2012 | US | Montana | Helena | Bresnan Communications |
| 174.45.131.125 | 9:48:41 | 8/30/2012 | US | Wyoming | Cheyenne | Bresnan Communications |
| 174.65.25.116 | 3:01:48 | 8/30/2012 | US | California | San Diego | Cox Communications |
| 174.97.131.9 | 9:28:33 | 8/30/2012 | US | North Carolina | Raleigh | Road Runner |
| 178.76.160.102 | 13:59:34 | 8/30/2012 | US | Armed Forces Eu | Apo | Tks Telepost Kabel-service Kaiserslautern Gmbh & C |
| 184.187.145.237 | 2:13:46 | 8/30/2012 | US | Louisiana | Lafayette | Cox Communications |
| 184.37.26.239 | 23:31:19 | 8/30/2012 | US | Georgia | Decatur | Bellsouth.net |
| 184.53.42.35 | 21:00:48 | 8/30/2012 | US | | | Hughes Network Systems |
| 184.75.158.214 | 17:30:08 | 8/30/2012 | US | Michigan | Kalamazoo | Manifold Services |
| 184.78.13.153 | 23:31:19 | 8/30/2012 | US | Illinois | Chicago | Clearwire Corporation |
| 184.78.175.4 | 11:29:00 | 8/30/2012 | US | Washington | Kirkland | Clearwire Corporation |
| 184.90.182.220 | 21:00:48 | 8/30/2012 | US | Florida | Clermont | Road Runner |
| 199.58.225.214 | 16:30:01 | 8/30/2012 | US | North Carolina | Mccutcheon Field | Ccslegune-ccsnyc-199.58.224. |
| 205.178.120.206 | 9:20:36 | 8/30/2012 | US | Illinois | Chicago | Rcn Corporation |
| 208.58.64.95 | 22:31:06 | 8/30/2012 | US | District Of Colum | Washington | Rcn Corporation |
| 209.193.103.104 | 9:58:39 | 8/30/2012 | US | Wyoming | Casper | Visionary Communications |
| 216.160.161.217 | 0:01:24 | 8/30/2012 | US | Colorado | Denver | Qwest Communications |
| 24.105.202.60 | 9:28:29 | 8/30/2012 | US | New York | Hudson | Mid-hudson Cablevision, Inc. Catskill |
| 24.12.13.143 | 17:30:08 | 8/30/2012 | US | Illinois | Chicago | Comcast Cable |

| IP | Time | Date | Country | State | City | ISP |
|---|---|---|---|---|---|---|
| 24.131.57.225 | 9:28:29 | 8/30/2012 | US | Georgia | Marietta | Comcast Cable |
| 24.145.19.181 | 21:38:41 | 8/30/2012 | US | Pennsylvania | Altoona | Atlantic Broadband |
| 24.160.72.156 | 9:20:38 | 8/30/2012 | US | Florida | Brandon | Road Runner |
| 24.167.163.28 | 5:27:22 | 8/30/2012 | US | North Carolina | Greensboro | Road Runner |
| 24.168.116.124 | 8:59:36 | 8/30/2012 | US | New York | Staten Island | Road Runner |
| 24.176.52.81 | 11:18:26 | 8/30/2012 | US | Michigan | Portage | Charter Communications |
| 24.185.69.207 | 14:59:44 | 8/30/2012 | US | New York | Brooklyn | Optimum Online |
| 24.189.41.73 | 11:29:00 | 8/30/2012 | US | New York | Brooklyn | Optimum Online |
| 24.191.206.219 | 18:54:23 | 8/30/2012 | US | New York | Brooklyn | Optimum Online |
| 24.193.8.142 | 23:31:19 | 8/30/2012 | US | New York | Brooklyn | Road Runner |
| 24.220.101.41 | 16:39:57 | 8/30/2012 | US | North Dakota | Grand Forks | Midcontinent Communications |
| 24.228.32.168 | 2:33:49 | 8/30/2012 | US | New York | Valley Stream | Optimum Online |
| 24.233.217.134 | 22:06:49 | 8/30/2012 | US | Mississippi | Starkville | Metrocast Cablevision |
| 24.253.37.121 | 9:58:40 | 8/30/2012 | US | Nevada | Las Vegas | Cox Communications |
| 24.4.104.240 | 9:58:39 | 8/30/2012 | US | California | San Leandro | Comcast Cable |
| 24.47.67.229 | 20:30:41 | 8/30/2012 | US | New York | Bronx | Optimum Online |
| 24.5.4.28 | 11:29:00 | 8/30/2012 | US | California | San Mateo | Comcast Cable |
| 24.7.23.132 | 11:29:00 | 8/30/2012 | US | California | San Mateo | Comcast Cable |
| 24.99.42.120 | 15:29:55 | 8/30/2012 | US | Georgia | Marietta | Comcast Cable |
| 41.135.90.60 | 17:03:12 | 9/28/2012 | ZA | Western Cape | Cape Town | Mweb Connect |
| 50.10.149.4 | 9:28:29 | 8/30/2012 | US | Massachusetts | Boston | Clearwire Corporation |
| 50.129.97.1 | 3:31:50 | 8/30/2012 | US | Illinois | Champaign | Comcast Cable |
| 50.14.190.158 | 2:01:37 | 8/30/2012 | US | New York | New York | Clearwire Corporation |
| 50.88.77.102 | 16:45:01 | 8/30/2012 | US | Florida | Apopka | Bright House Networks |
| 50.9.26.13 | 16:30:01 | 8/30/2012 | US | Illinois | Wonder Lake | Clearwire Corporation |
| 63.225.241.247 | 5:06:54 | 8/30/2012 | US | Colorado | Englewood | Qwest Communications |
| 63.230.196.213 | 10:02:20 | 8/30/2012 | US | Arizona | Phoenix | Qwest Communications |
| 64.134.178.204 | 12:59:25 | 8/30/2012 | US | Georgia | Buford | At&t Wi-fi Services Customer Nat Pool |
| 64.17.247.37 | 18:30:19 | 8/30/2012 | US | New York | New York | Towerstream I |
| 64.17.247.50 | 17:57:28 | 8/30/2012 | US | New York | New York | Towerstream I |
| 65.110.135.109 | 17:30:08 | 8/30/2012 | US | New York | Saratoga Springs | Earthlink |
| 66.108.191.194 | 23:01:10 | 8/30/2012 | US | New York | New York | Road Runner |
| 66.108.41.114 | 1:31:35 | 8/30/2012 | US | New York | Mount Vernon | Road Runner |

| IP Address | Time | Date | Country | State | City | ISP |
|---|---|---|---|---|---|---|
| 66.108.87.143 | 0:01:24 | 8/30/2012 | US | New York | New York | Road Runner |
| 66.153.236.114 | 19:42:18 | 9/28/2012 | US | South Carolina | Conway | Htc Communications |
| 66.172.127.20 | 9:20:37 | 8/30/2012 | US | Washington | Wenatchee | Ncw Online |
| 66.194.72.10 | 19:00:28 | 8/30/2012 | US | Washington | Seattle | State University |
| 66.205.141.86 | 12:59:25 | 8/30/2012 | US | California | Elk Grove | Surewest Broadband |
| 66.26.255.225 | 17:03:13 | 9/28/2012 | US | North Carolina | Burlington | Road Runner |
| 66.57.107.242 | 17:03:14 | 9/28/2012 | US | North Carolina | Pikeville | Road Runner |
| 66.65.29.100 | 12:43:32 | 8/30/2012 | US | New York | New York | Road Runner |
| 67.166.215.17 | 9:20:38 | 8/30/2012 | US | Georgia | Rome | Comcast Cable |
| 67.176.213.69 | 19:30:32 | 8/30/2012 | US | Illinois | Chicago | Comcast Cable |
| 67.188.106.241 | 3:12:24 | 8/30/2012 | US | California | Oakland | Comcast Cable |
| 67.243.40.145 | 15:09:55 | 8/30/2012 | US | New York | New York | Road Runner |
| 67.243.57.132 | 17:53:26 | 8/30/2012 | US | New York | New York | Road Runner |
| 67.244.94.68 | 21:30:52 | 8/30/2012 | US | New York | Queens Village | Road Runner |
| 67.247.11.116 | 20:29:51 | 8/30/2012 | US | New York | New York | Road Runner |
| 67.81.34.208 | 17:03:24 | 9/28/2012 | US | New Jersey | Closter | Optimum Online |
| 67.83.30.111 | 22:02:34 | 8/30/2012 | US | New Jersey | Clifton | Optimum Online |
| 67.86.166.126 | 9:20:35 | 8/30/2012 | US | New York | Brooklyn | Optimum Online |
| 67.87.160.172 | 13:29:30 | 8/30/2012 | US | New York | Brooklyn | Optimum Online |
| 68.1.120.29 | 20:30:41 | 8/30/2012 | US | Florida | Pensacola | Cox Communications |
| 68.10.184.199 | 0:01:24 | 8/30/2012 | US | Virginia | Hampton | Cox Communications |
| 68.106.151.1 | 1:01:32 | 8/30/2012 | US | Ohio | Cleveland | Cox Communications |
| 68.119.73.19 | 14:31:52 | 8/30/2012 | US | Alabama | Birmingham | Charter Communications |
| 68.169.179.69 | 22:31:06 | 8/30/2012 | US | Tennessee | Chattanooga | Epb Telecom |
| 68.173.117.204 | 10:58:55 | 8/30/2012 | US | New York | New York | Road Runner |
| 68.174.67.63 | 14:59:44 | 8/30/2012 | US | New York | New York | Road Runner |
| 68.175.14.191 | 18:44:07 | 8/30/2012 | US | New York | New York | Road Runner |
| 68.184.196.16 | 14:29:40 | 8/30/2012 | US | Missouri | Saint Louis | Charter Communications |
| 68.187.138.228 | 19:00:28 | 8/30/2012 | US | Wisconsin | Ashland | Charter Communications |
| 68.19.197.249 | 9:58:39 | 8/30/2012 | US | Mississippi | Natchez | Bellsouth.net |
| 68.193.29.149 | 0:01:24 | 8/30/2012 | US | New York | Elmont | Optimum Online |
| 68.198.125.59 | 12:29:15 | 8/30/2012 | US | New York | Bayville | Optimum Online |
| 68.2.103.74 | 19:30:32 | 8/30/2012 | US | Arizona | Phoenix | Cox Communications |

| IP | Time | Date | Country | State | City | ISP |
|---|---|---|---|---|---|---|
| 68.217.195.224 | 11:09:58 | 8/30/2012 | US | Georgia | Augusta | Bellsouth.net |
| 68.217.209.209 | 9:20:35 | 8/30/2012 | US | Georgia | Augusta | Bellsouth.net |
| 68.227.209.95 | 15:59:58 | 8/30/2012 | US | Virginia | Annandale | Cox Communications |
| 68.33.53.22 | 6:31:59 | 8/30/2012 | US | Maryland | District Heights | Comcast Cable |
| 68.55.212.167 | 10:02:20 | 8/30/2012 | US | Virginia | Reston | Comcast Cable |
| 68.55.234.157 | 21:00:48 | 8/30/2012 | US | District Of Columbia | Washington | Comcast Cable |
| 68.58.148.180 | 10:58:56 | 8/30/2012 | US | Illinois | Chicago | Comcast Cable |
| 68.82.55.17 | 17:33:27 | 8/30/2012 | US | Pennsylvania | Philadelphia | Comcast Cable |
| 68.97.42.249 | 12:08:28 | 8/30/2012 | US | Oklahoma | Norman | Cox Communications |
| 69.111.152.16 | 9:20:36 | 8/30/2012 | US | California | South Gate | Sbc Internet Services |
| 69.111.16.126 | 12:21:25 | 8/30/2012 | US | California | Los Angeles | Sbc Internet Services |
| 69.111.190.184 | 20:30:41 | 8/30/2012 | US | California | Los Angeles | Sbc Internet Services |
| 69.111.79.172 | 1:31:35 | 8/30/2012 | US | California | Los Angeles | Sbc Internet Services |
| 69.126.80.64 | 19:00:28 | 8/30/2012 | US | New York | Bronx | Optimum Online |
| 69.134.221.37 | 13:59:34 | 8/30/2012 | US | North Carolina | Cary | Road Runner |
| 69.136.106.120 | 6:24:41 | 8/30/2012 | US | New Jersey | Jersey City | Comcast Cable |
| 69.138.220.35 | 12:13:53 | 8/30/2012 | US | Maryland | Upper Marlboro | Comcast Cable |
| 69.143.5.94 | 7:01:59 | 8/30/2012 | US | Virginia | Arlington | Comcast Cable |
| 69.180.25.128 | 18:00:12 | 8/30/2012 | US | Georgia | Atlanta | Comcast Cable |
| 69.183.22.248 | 0:31:28 | 8/30/2012 | US | Connecticut | Middlebury | Sbc Internet Services |
| 69.203.103.208 | 19:00:28 | 8/30/2012 | US | New York | New York | Road Runner |
| 69.207.23.226 | 9:20:35 | 8/30/2012 | US | New York | Buffalo | Road Runner |
| 69.247.131.101 | 18:00:12 | 8/30/2012 | US | Tennessee | Nashville | Comcast Cable |
| 69.247.200.238 | 11:01:26 | 8/30/2012 | US | Missouri | Lees Summit | Comcast Cable |
| 69.250.129.110 | 17:03:14 | 9/28/2012 | US | Maryland | Middle River | Comcast Cable |
| 69.47.252.74 | 14:29:40 | 8/30/2012 | US | Illinois | Chicago | Wideopenwest |
| 69.86.135.169 | 11:59:05 | 8/30/2012 | US | New York | New York | Earthlink |
| 69.86.148.35 | 14:59:44 | 8/30/2012 | US | New York | New York | Earthlink |
| 69.86.244.41 | 23:31:19 | 8/30/2012 | US | New York | New York | Earthlink |
| 69.94.215.179 | 17:03:12 | 9/28/2012 | US | Georgia | Atlanta | Direcpath, Llc |
| 70.122.218.126 | 14:59:44 | 8/30/2012 | US | Texas | Dallas | Road Runner |
| 70.177.34.94 | 17:03:16 | 9/28/2012 | US | Louisiana | Baton Rouge | Cox Communications |
| 70.179.10.167 | 10:58:55 | 8/30/2012 | US | California | San Diego | Cox Communications |

| IP Address | Time | Date | Country | State | City | ISP |
|---|---|---|---|---|---|---|
| 70.179.77.82 | 14:16:58 | 8/30/2012 | US | Virginia | Fairfax | Cox Communications |
| 70.253.91.67 | 22:00:56 | 8/30/2012 | US | Texas | Austin | Sbc Internet Services |
| 71.103.96.39 | 9:20:35 | 8/30/2012 | US | California | Downey | Verizon Internet Services |
| 71.119.185.146 | 10:42:22 | 8/30/2012 | US | California | Corona | Verizon Internet Services |
| 71.166.110.35 | 20:30:41 | 8/30/2012 | US | Maryland | Baltimore | Verizon Internet Services |
| 71.175.243.230 | 9:24:42 | 8/30/2012 | US | Pennsylvania | Philadelphia | Verizon Internet Services |
| 71.179.119.103 | 3:01:48 | 8/30/2012 | US | Maryland | Baltimore | Verizon Internet Services |
| 71.190.24.165 | 9:30:37 | 8/30/2012 | US | New York | Brooklyn | Verizon Internet Services |
| 71.191.171.2 | 15:55:48 | 8/30/2012 | US | Maryland | Fort Washington | Verizon Internet Services |
| 71.192.118.82 | 17:30:08 | 8/30/2012 | US | Massachusetts | Sunderland | Comcast Cable |
| 71.199.184.109 | 17:57:54 | 8/30/2012 | US | Georgia | Riverdale | Comcast Cable |
| 71.20.225.45 | 23:52:30 | 8/30/2012 | US | North Carolina | Raleigh | Clearwire Corporation |
| 71.200.102.165 | 0:16:14 | 8/30/2012 | US | Maryland | Salisbury | Comcast Cable |
| 71.22.220.150 | 1:50:50 | 8/30/2012 | US | Georgia | Jonesboro | Clearwire Corporation |
| 71.228.225.174 | 14:59:44 | 8/30/2012 | US | Tennessee | Nashville | Comcast Cable |
| 71.229.24.210 | 23:31:19 | 8/30/2012 | US | Florida | Tallahassee | Comcast Cable |
| 71.23.138.69 | 15:18:35 | 8/30/2012 | US | Illinois | Glenwood | Clearwire Corporation |
| 71.238.185.196 | 1:01:32 | 8/30/2012 | US | Michigan | Detroit | Comcast Cable |
| 71.254.90.23 | 8:17:15 | 8/30/2012 | US | Virginia | Forest | Verizon Internet Services |
| 71.28.106.29 | 9:58:40 | 8/30/2012 | US | North Carolina | Mooresville | Windstream Communications |
| 71.62.218.180 | 17:00:05 | 8/30/2012 | US | Virginia | Richmond | Comcast Cable |
| 71.71.119.108 | 17:00:05 | 8/30/2012 | US | North Carolina | Greensboro | Road Runner |
| 71.71.98.125 | 14:33:16 | 8/30/2012 | US | North Carolina | Greensboro | Road Runner |
| 71.71.99.91 | 11:29:00 | 8/30/2012 | US | North Carolina | Greensboro | Road Runner |
| 72.134.43.26 | 9:26:43 | 8/30/2012 | US | California | El Monte | Road Runner |
| 72.183.236.254 | 1:31:35 | 8/30/2012 | US | Texas | Schertz | Road Runner |
| 72.191.162.82 | 20:30:41 | 8/30/2012 | US | Texas | El Paso | Road Runner |
| 72.196.104.150 | 23:42:00 | 8/30/2012 | US | Florida | Gainesville | Cox Communications |
| 72.198.5.235 | 9:20:35 | 8/30/2012 | US | Oklahoma | Oklahoma City | Cox Communications |
| 72.207.230.249 | 17:03:13 | 9/28/2012 | US | Louisiana | Baton Rouge | Cox Communications |
| 72.225.22.14 | 10:58:55 | 8/30/2012 | US | New York | Rochester | Road Runner |
| 72.227.146.173 | 10:28:44 | 8/30/2012 | US | New York | Corona | Road Runner |
| 72.229.49.48 | 9:25:23 | 8/30/2012 | US | New York | Flushing | Road Runner |

| IP | Time | Date | Country | State | City | ISP |
|---|---|---|---|---|---|---|
| 72.241.217.79 | 9:20:36 | 8/30/2012 | US | Ohio | Toledo | Buckeye Telesystem |
| 72.80.126.110 | 9:20:38 | 8/30/2012 | US | New York | Bronx | Verizon Internet Services |
| 74.126.75.158 | 6:31:59 | 8/30/2012 | US | Ohio | Chillicothe | Horizon Telcom |
| 74.138.21.209 | 22:00:56 | 8/30/2012 | US | Kentucky | Louisville | Insight Communications Company |
| 74.203.89.198 | 13:59:34 | 8/30/2012 | US | Hawaii | Honolulu | Tw Telecom Holdings |
| 74.233.196.79 | 19:00:28 | 8/30/2012 | US | Florida | Miami Beach | Bellsouth.net |
| 74.240.63.181 | 10:44:51 | 8/30/2012 | US | Mississippi | Natchez | Bellsouth.net |
| 74.46.30.233 | 9:28:29 | 8/30/2012 | US | New York | Rochester | Frontier Communications |
| 74.61.243.160 | 9:20:35 | 8/30/2012 | US | Maryland | Baltimore | Clearwire Corporation |
| 74.61.98.141 | 3:31:50 | 8/30/2012 | US | California | Los Angeles | Clearwire Corporation |
| 74.74.251.240 | 12:29:15 | 8/30/2012 | US | New York | Canandaigua | Road Runner |
| 74.77.235.155 | 19:52:35 | 8/30/2012 | US | New York | Buffalo | Road Runner |
| 74.83.185.181 | 19:30:32 | 8/30/2012 | US | Ohio | Cincinnati | Fuse Internet Access |
| 74.88.55.148 | 20:30:41 | 8/30/2012 | US | New York | Brooklyn | Optimum Online |
| 75.151.102.50 | 0:31:28 | 8/30/2012 | US | Washington | Seattle | Comcast Business Communications |
| 75.167.32.215 | 17:30:08 | 8/30/2012 | US | Arizona | Mesa | Qwest Communications |
| 75.177.48.173 | 23:01:10 | 8/30/2012 | US | North Carolina | Greensboro | Road Runner |
| 75.23.229.210 | 20:30:41 | 8/30/2012 | US | California | Laguna Niguel | Sbc Internet Services |
| 75.65.11.2 | 9:58:40 | 8/30/2012 | US | Tennessee | Memphis | Comcast Cable |
| 75.65.183.35 | 18:00:12 | 8/30/2012 | US | Louisiana | West Monroe | Comcast Cable |
| 75.71.249.24 | 20:30:41 | 8/30/2012 | US | Colorado | Denver | Comcast Cable |
| 75.76.136.84 | 14:59:44 | 8/30/2012 | US | Georgia | Columbus | Knology |
| 75.77.189.178 | 18:47:19 | 8/30/2012 | US | Georgia | Woodstock | Holiday Inn Express |
| 75.77.189.179 | 20:55:46 | 8/30/2012 | US | Georgia | Woodstock | Holiday Inn Express |
| 75.77.189.180 | 1:31:35 | 8/30/2012 | US | Georgia | Woodstock | Holiday Inn Express |
| 75.77.189.181 | 8:32:07 | 8/30/2012 | US | Georgia | Woodstock | Holiday Inn Express |
| 75.81.31.1 | 22:31:06 | 8/30/2012 | US | Missouri | Kansas City | Road Runner |
| 75.85.19.113 | 10:58:56 | 8/30/2012 | US | California | West Hollywood | Road Runner |
| 76.103.143.70 | 9:58:39 | 8/30/2012 | US | California | San Jose | Comcast Cable |
| 76.103.91.75 | 18:00:12 | 8/30/2012 | US | California | San Francisco | Comcast Cable |
| 76.116.197.92 | 3:22:40 | 8/30/2012 | US | New Jersey | Clark | Comcast Cable |
| 76.117.28.238 | 13:56:28 | 8/30/2012 | US | New Jersey | Verona | Comcast Cable |
| 76.124.232.62 | 21:03:04 | 8/30/2012 | US | Pennsylvania | Philadelphia | Comcast Cable |

| IP | Time | Date | Country | State | City | ISP |
|---|---|---|---|---|---|---|
| 76.183.122.199 | 23:01:10 | 8/30/2012 | US | Texas | Dallas | Road Runner |
| 76.186.16.158 | 5:01:56 | 8/30/2012 | US | Texas | Dallas | Road Runner |
| 76.189.41.191 | 7:54:48 | 8/30/2012 | US | Ohio | Akron | Road Runner |
| 76.19.0.165 | 2:01:37 | 8/30/2012 | US | Connecticut | Gales Ferry | Comcast Cable |
| 76.19.140.203 | 15:12:49 | 8/30/2012 | US | Massachusetts | Boston | Comcast Cable |
| 76.190.142.155 | 13:59:34 | 8/30/2012 | US | Ohio | Bedford | Road Runner |
| 76.21.244.91 | 18:30:19 | 8/30/2012 | US | Maryland | College Park | Comcast Cable |
| 76.240.25.84 | 14:29:40 | 8/30/2012 | US | Georgia | Roswell | Sbc Internet Services |
| 76.73.217.128 | 6:17:14 | 8/30/2012 | US | Alabama | Madison | Knology |
| 76.85.173.224 | 9:02:14 | 8/30/2012 | US | Nebraska | Lincoln | Road Runner |
| 76.87.95.218 | 0:31:28 | 8/30/2012 | US | California | Los Angeles | Road Runner |
| 76.88.128.187 | 17:03:12 | 9/28/2012 | US | Hawaii | Honolulu | Road Runner |
| 76.9.170.179 | 13:29:30 | 8/30/2012 | US | Tennessee | Columbia | Columbia Power And Water Systems |
| 76.95.56.114 | 10:28:44 | 8/30/2012 | US | California | Torrance | Road Runner |
| 76.97.61.225 | 9:58:39 | 8/30/2012 | US | Georgia | Marietta | Comcast Cable |
| 76.97.66.182 | 22:00:56 | 8/30/2012 | US | Georgia | Atlanta | Comcast Cable |
| 76.98.207.70 | 22:30:02 | 8/30/2012 | US | Pennsylvania | Philadelphia | Comcast Cable |
| 76.98.215.14 | 23:31:19 | 8/30/2012 | US | Pennsylvania | Philadelphia | Comcast Cable |
| 76.99.17.27 | 11:41:44 | 8/30/2012 | US | Pennsylvania | Philadelphia | Comcast Cable |
| 96.224.93.30 | 0:01:24 | 8/30/2012 | US | New York | Patchogue | Verizon Internet Services |
| 96.228.213.234 | 9:20:36 | 8/30/2012 | US | Florida | Tampa | Verizon Internet Services |
| 96.231.125.94 | 9:58:39 | 8/30/2012 | US | District Of Colum | Washington | Verizon Internet Services |
| 96.248.32.43 | 17:03:12 | 9/28/2012 | US | New York | Poughkeepsie | Verizon Internet Services |
| 96.253.105.127 | 18:30:19 | 8/30/2012 | US | Virginia | Richmond | Verizon Internet Services |
| 96.29.170.162 | 20:00:37 | 8/30/2012 | US | Kentucky | Lexington | Insight Communications Company |
| 97.96.213.253 | 13:29:30 | 8/30/2012 | US | Florida | Bradenton | Road Runner |
| 98.116.229.171 | 4:29:14 | 8/30/2012 | US | New York | Valley Stream | Verizon Internet Services |
| 98.121.131.188 | 15:59:58 | 8/30/2012 | US | North Carolina | Lumberton | Road Runner |
| 98.14.7.40 | 9:20:38 | 8/30/2012 | US | New York | Bayside | Road Runner |
| 98.154.65.188 | 16:30:01 | 8/30/2012 | US | California | Los Angeles | Road Runner |
| 98.154.96.221 | 22:00:56 | 8/30/2012 | US | California | Los Angeles | Road Runner |
| 98.160.207.113 | 9:20:36 | 8/30/2012 | US | Nevada | North Las Vegas | Cox Communications |
| 98.192.118.224 | 16:10:24 | 8/30/2012 | US | Georgia | Fairburn | Comcast Cable |

| IP | Time | Date | Country | State | City | ISP |
|---|---|---|---|---|---|---|
| 98.197.126.70 | 18:05:41 | 8/30/2012 | US | Texas | Houston | Comcast Cable |
| 98.197.72.185 | 21:30:52 | 8/30/2012 | US | Texas | Houston | Comcast Cable |
| 98.206.35.116 | 13:59:34 | 8/30/2012 | US | Illinois | Chicago | Comcast Cable |
| 98.208.50.228 | 16:30:01 | 8/30/2012 | US | California | Sacramento | Comcast Cable |
| 98.211.72.153 | 23:31:19 | 8/30/2012 | US | Delaware | Milton | Comcast Cable |
| 98.212.7.244 | 9:31:48 | 8/30/2012 | US | Illinois | Chicago | Comcast Cable |
| 98.214.28.132 | 19:00:28 | 8/30/2012 | US | Illinois | Freeport | Comcast Cable |
| 98.215.243.224 | 9:23:53 | 8/30/2012 | US | Illinois | Springfield | Comcast Cable |
| 98.233.146.128 | 16:30:01 | 8/30/2012 | US | Maryland | Windsor Mill | Comcast Cable |
| 98.233.157.164 | 16:30:01 | 8/30/2012 | US | Maryland | Capitol Heights | Comcast Cable |
| 98.239.16.21 | 0:01:24 | 8/30/2012 | US | Tennessee | Memphis | Comcast Cable |
| 98.30.178.57 | 19:20:43 | 8/30/2012 | US | Ohio | Tiffin | Road Runner |
| 98.94.39.2 | 10:28:44 | 8/30/2012 | US | Georgia | Augusta | Bellsouth.net |
| 99.109.145.43 | 9:28:29 | 8/30/2012 | US | California | Hawthorne | Sbc Internet Services |
| 99.110.210.181 | 18:30:19 | 8/30/2012 | US | California | San Francisco | Sbc Internet Services |
| 99.110.46.72 | 23:31:19 | 8/30/2012 | US | Texas | Lubbock | Sbc Internet Services |
| 99.111.228.171 | 10:58:55 | 8/30/2012 | US | Texas | Fort Worth | Sbc Internet Services |
| 99.112.153.205 | 0:45:02 | 8/30/2012 | US | Texas | Dallas | Sbc Internet Services |
| 99.149.198.212 | 17:03:12 | 9/28/2012 | US | Illinois | Chicago | Sbc Internet Services |
| 99.172.117.37 | 17:00:05 | 8/30/2012 | US | Georgia | Duluth | Sbc Internet Services |
| 99.176.61.68 | 18:30:19 | 8/30/2012 | US | California | Anaheim | Sbc Internet Services |
| 99.186.82.75 | 12:29:15 | 8/30/2012 | US | Michigan | Dearborn Heights | Sbc Internet Services |
| 99.191.119.45 | 8:32:07 | 8/30/2012 | US | Missouri | Saint Louis | Sbc Internet Services |
| 99.194.128.32 | 18:00:12 | 8/30/2012 | US | Alabama | Foley | Centurytel Internet Holdings |
| 99.2.207.54 | 9:25:02 | 8/30/2012 | US | Wisconsin | Milwaukee | Sbc Internet Services |
| 99.25.162.63 | 13:29:30 | 8/30/2012 | US | California | Vacaville | Sbc Internet Services |
| 99.41.154.54 | 17:00:05 | 8/30/2012 | US | Michigan | Howell | Sbc Internet Services |
| 99.47.222.179 | 17:03:12 | 9/28/2012 | US | Ohio | Dayton | Sbc Internet Services |
| 99.5.207.80 | 20:29:46 | 8/30/2012 | US | Georgia | Brunswick | Sbc Internet Services |
| 99.98.160.25 | 17:30:08 | 8/30/2012 | US | California | San Jose | Sbc Internet Services |
| 99.99.219.13 | 9:21:35 | 8/30/2012 | US | Texas | Houston | Sbc Internet Services |