UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| Plaintiff, | ) Case No. 1:12-cv-07869 |
| | ) |
| **John Doe Nos. 1 to 293; et.al,** | ) |
| | ) |
| Defendants. | ) |

## MOTION TO SERVE BY PUBLICATION

NOW COMES Plaintiff, Flava Works, Inc., ("Flava") by its attorneys, Shambee Law Office, Ltd, for its motion to serve by publication certain named defendants , Cameron Sutton, Michaela Williams and Andre Wheeler, pursuant to 735 ILCS 5/2-206, and states as follows:

1. Plaintiff filed a Complaint on October 1, 2012, naming John Does as Defendants because the name of the Defendants were unknown to Plaintiff at the time of filing.

2. Plaintiff previously issued a subpoena to Comcast for the IP addresses of the John Doe Defendants using it as an ISP ("Internet Service Provider").

3. Plaintiff has received the name and addresses of the named defendants.

4. Plaintiff, upon receiving the above information, attempted personal service to above named defendants.

5. Plaintiff has been unable to locate and provide personal or substitute service to above named defendants. (See Group Exhibit A, Affidavits of Service)

WHEREFORE, Plaintiff, Flava Works, Inc., requests that this Honorable Court allow Plaintiff, Flava Works, Inc., leave to serve the above named defendants by publication and for any other relief the court deems proper and just.

Respectfully Submitted,
By: /s/ Juneitha Shambee
Shambee Law Office, Ltd.
PO Box 91
Evanston, IL 60204-0091
773-741-3602
shambeelaw@gmail.com
ARDC No.: 6308145

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Flava Works, Inc.,** | ) |
| | ) |
| **Plaintiff,** | ) Case No. 1:12-cv-07869 |
| | ) |
| **John Doe Nos. 1 to 293; et.al,** | ) |
| | ) |
| **Defendants.** | ) |

## PROOF OF SERVICE

Under penalties of law, I certify that on February 9, 2015, I served the following documents or items:

## **PLAINTIFF, FLAVA WORKS, INC.'S, MOTION TO SERVE BY PUBLICATION**

on all counsel of record by electronically filing.

                                                Respectfully Submitted,
                                                By: /s/ Juneitha Shambee
                                                Shambee Law Office, Ltd.
                                                PO Box 91
                                                Evanston, IL 60204-0091
                                                773-741-3602
                                                shambeelaw@gmail.com
                                                ARDC No.: 6308145