UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Flava Works, Inc.     Plaintiff

VS.

John Does 1 to 293; Andre Wheeler; William Johnson; Peter Buehler; Michaela Williams; Cameron Sutton; Chris K. Doetsch;     Defendants

Court No.: 1:12-cv-07869

### AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Mike Morrison, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a civil case and amended complaint

Defendant to be served: Michaela Williams

ADDRESS WHERE ATTEMPTED OR SERVED: 1313 Larkspur Ln., Champaign, IL, 61821

I SERVED the within named defendant on: 1/5/2015 5:05 PM

X POSTED

Additional Comments:
There was no answer at the door. Lights were on inside the residence. The summons & complaint were posted on the front door of the residence.

Attempts Made: 12/17/2014 2:39 PM No answer. Occupied single family dwelling. Light on inside. Chrysler Pacifica parked in front of residence with IL plates of E517230., 12/18/2014 7:25 AM No answer. Porch light on. Vehicle remains parked in front of residence., 12/19/2014 9:10 PM No answer. No lights inside., 12/20/2014 5:15 PM No answer., 12/22/2014 7:14 AM No answer. Left note., 12/24/2014 10:51 AM No answer. Note gone. Chrysler in driveway. Porch light on., 12/26/2014 3:50 PM No answer. The Chrysler remains in the driveway., 12/27/2014 8:35 PM Attempts were made at this address; however no contact could be made with the defendant at this address. There is no evidence that the property is vacant. There was no answer at the door. The porch light was on and lights could be seen on inside the residence, but all of the blinds were closed. The Chrysler was still parked in the driveway., 12/27/2014 8:35 PM No answer. Porch light on. Chrysler in drive. Lights on inside the residence. All blinds are closed., 1/5/2015 5:05 PM There was no answer at the door. Lights were on inside the residence. The summons & complaint were posted on the front door of the residence.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of ILLINOIS
County of McLEAN

Subscribed and sworn before me on 1/13/2015

Signature of Process Server: Mike Morrison

Printed Name of Process Server: MIKE MORRISON

Notary Public

589602_3250982_0_23_V4

Page 1 of 1   File Number: 1FW121614
Reference Number: 3250982
Case Number: 1:12-cv-07869
Doc Generated: 01/08/2015 03:12:33:399 PM

OFFICIAL SEAL
SCOTT DANIELSON
NOTARY PUBLIC – STATE OF ILLINOIS
MY COMMISSION EXPIRES JUNE 20, 2018