UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Flava Works, Inc.

Plaintiff

VS.

Court No.: 1:12-cv-07869

John Does 1 to 293; Andre Wheeler; William Johnson;
Peter Buehler; Michaela Williams; Cameron Sutton; Chris
K. Doetsch;

Defendants.

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, Steven Stosur, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal IL, Inc., a licensed private detective agency, license number 117-001465 appointed by the court to serve process in the above referenced case. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a civil case and amended complaint

Defendant to be served: Andre Wheeler

ADDRESS WHERE ATTEMPTED OR SERVED:    2611 N. Sawyer Ave Apt. 104,
Chicago, IL, 60647

I NON-SERVED the within named defendant on: 12/21/2014 8:41 PM

X NON-SERVICE after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of following reason(s): The defendant has moved from this address. This is a multi-unit building. There are no doorbells or mailboxes. I spoke with the building manager, Richard Uglunoi, who said Andre Wheeler moved about 2 years ago and he did not leave a forwarding address.

Additional Comments:
Attempts Made: 12/21/2014 8:41 PM The defendant has moved from this address. This is a multi-unit building. There are no doorbells or mailboxes. I spoke with the building manager, Richard Uglunoi, who said Andre Wheeler moved about 2 years ago and he did not leave a forwarding address.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of  IL
County of  COOK

Subscribed and sworn before me on 12 /23/14

Signature of Process Server

Notary Public

"OFFICIAL SEAL"
SHARON LARSON
Notary Public, State of Illinois
My Commission Expires 4/21/2018

Page 1 of 1    File Number: 1FW121614
Reference Number: 3250985
Case Number: 1:12-cv-07869
Doc Generated: 12/23/2014 09:51:56:723 AM

589602_3250985_0_23_V4