UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Flava Works, Inc.                                    Plaintiff

VS.

John Does 1 to 293; Andre Wheeler; William Johnson; Peter        Court No.: 1:12-cv-07869
Buehler; Michaela Williams; Cameron Sutton; Chris K.
Doetsch;                                             Defendants.

**AFFIDAVIT OF SPECIAL PROCESS SERVER**

I, James Anderson, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal, Inc., a licensed private detective agency, license number 117.001465 appointed by the court to serve process in the above referenced case. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a civil case and amended complaint

Defendant to be served: Cameron Sutton

ADDRESS WHERE ATTEMPTED OR SERVED: 1648 W. Cullerton St., Apt BR, Chicago, IL, 60608

I NON-SERVED the within named defendant on: 1/5/2015 2:42 PM

X NON-SERVICE after due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of following reason(s): Attempts were made at this address; however no contact could be made with the defendant at this address. There is no evidence that the property is vacant. The resident would not open the door and refused to answer.

Additional Comments:
Attempts Made: 12/18/2014 8:10 PM Process server found the blinds closed and no lights are on inside the unit, neighbor F/W/20's stated the defendant does live in the unit. No answer at the door., 12/20/2014 6:19 PM Process server found the blinds closed and no lights are on inside the unit. No answer at the front door for the unit. , 12/21/2014 8:52 AM Process server found the Blinds closed and no lights are on inside the Unit. No answer at the unit door., 12/22/2014 9:01 PM Process server found the blinds closed and no lights are on inside the unit. No answer at the unit door. Neighbor on 2nd floor stated he thought he might have gone out of town for a few days., 12/26/2014 6:58 AM Process server found the blinds closed and no lights are on inside the unit. No answer at the unit door., 12/27/2014 7:44 AM Process server found the blinds closed and no lights are on inside the unit. No answer at the front door of the unit., 12/28/2014 3:12 PM Process server found no lights are on inside the unit, no answer at the unit door., 12/29/2014 6:33 PM Process server found the blinds closed and no lights are on inside the unit. No answer at the unit door., 12/30/2014 4:20 PM Process server received no answer at the unit door, no lights appear to be on inside the unit. Server spoke to the neighbor he stated he has not seen the defendant is a couple of days he might be out of town., 1/4/2015 7:31 AM Process server found the blinds closed and no lights are on inside the unit. No answer at the unit door., 1/5/2015 2:42 PM Attempts were made at this address; however no contact could be made with the defendant at this address. There is no evidence that the property is vacant. The resident would not open the door and refused to answer.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of IL
County of Cook
Subscribed and sworn before me on 1/7/15

Signature of Process Server

OFFICIAL SEAL
KELLY R KIRCHHOFF
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/18/16

James Anderson
Printed Name of Process Server

Notary Public

Page 1 of 1   File Number: 1FW121614
Reference Number: 3250987
Case Number: 1:12-cv-07869
Doc Generated: 01/06/2015 03:47:31:493 PM

589602_3250987_0_23_V4