## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
### Eastern Division

Flava Works, Inc.
                    Plaintiff,

v.                                              Case No.: 1:12−cv−07869
                                                Honorable Joan H. Lefkow

John Does 1 to 293, et al.
                    Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, February 19, 2015:


      MINUTE entry before the Honorable Joan H. Lefkow:Plaintiff's motion for service by publication [81] is granted as to defendants Williams and Sutton. It is denied as to defendant Wheeler because the motion contains no demonstrated effort to locate defendant, who reportedly moved from the service address two years ago. Plaintiff's return of service shall include an affidavit of compliance with the publication requirements contained in 735 Ill. Comp. Stat. ch. 5, sec. 2−206.Mailed notice(mad, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.