UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Flava Works, Inc.                                                Plaintiff

VS.

                                                                 Court No.: 1:12-cv-07869

John Does 1 to 293; Andre Wheeler; William Johnson;
Peter Buehler; Michaela Williams; Cameron Sutton; Chris
K. Doetsch;

                                                                 Defendants.

## AFFIDAVIT OF SPECIAL PROCESS SERVER

I, James Anderson, being first duly sworn on oath depose and state as follows: I am over the age of 18, not a party to this action, and an employee or agent of Firefly Legal IL, Inc., a licensed private detective agency, license number 117-001465 appointed by the court to serve process in the above referenced case. Following are the results of my efforts to serve process in the above captioned case:

Type of Process: Summons in a civil case and amended complaint

Defendant to be served: William Johnson

ADDRESS WHERE ATTEMPTED OR SERVED: 4350 S Lake Park Ave #3, Chicago, IL, 60653

I SERVED the within named defendant on: 12/20/2014 5:24 PM

X INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally. The defendant confirmed that he/she resides at the above address.

THE DESCRIPTION OF THE PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
Age: 41  Gender: Male  Race: African American  Height: 5-8  Weight: 201-225  Hair: Black  Eyes: Brown

MILITARY No

Additional Comments:
This is the defendant's usual place of abode. Defendant's DOB is 7-23-73.

Under penalties as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, the undersigned certifies that the above statements set forth in this instrument are true and correct.

I certify that I am a United States citizen, over the age of 18 and not a party to, nor otherwise interested in the above action.

State of IL
County of Cook

Subscribed and sworn before me on 12/23/14

_____
Signature of Process Server

_____
Notary Public

OFFICIAL SEAL
KELLY R KIRCHHOFF
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:06/18/16

Page 1 of 1  File Number: 1FW121614
Reference Number: 3250984
Case Number: 1:12-cv-07869
Doc Generated: 12/23/2014 09:50:38:876 AM

589602_3250984_0_23_V4