# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**PA 1-748-147**

Effective date of registration:

August 12, 2011

---

### Title
- **Title of Work:** Thugboy V11 - Running from the Dick

### Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** May 1, 2011
- **Nation of 1st Publication:** United States

### Author
- **Author:** Flava Works, Inc.
- **Author Created:** entire motion picture
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

### Copyright claimant
- **Copyright Claimant:** Flava Works, Inc.
  2610 N Miami Ave, Miami, FL, 33127, United States

### Rights and Permissions
- **Organization Name:** Flava Works, Inc.
- **Address:** 2610 North Miami Ave
  Miami, FL 33127 United States

### Certification
- **Name:** Phillip Bleicher
- **Date:** August 12, 2011