# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Flava Works, Inc.

                      Plaintiff,

v.                                        Case No.: 1:12–cv–07869
                                              Honorable Joan H. Lefkow

John Does 1 to 293, et al.

                      Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, September 2, 2015:

      MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held. Amended motions for default judgment are due by 9/9/2015. Status set for 9/30/2015 at 10:00 a.m. Mailed notice(vcf, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.