**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1**
**Eastern Division**

Flava Works, Inc.

                              Plaintiff,

v.                                              Case No.: 1:12–cv–07869
                                                Honorable Joan H. Lefkow

John Does 1 to 293, et al.

                              Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, September 30, 2015:

        MINUTE entry before the Honorable Joan H. Lefkow: Status hearing held.
Plaintiff has leave to serve Doe Y by publication and use name in publication. As stated in
court, Plaintiff's motion to serve by publication [91] is moot. Plaintiff's motions for default
judgment as to Defendant William Johnson [93], as to Defendant Chris K. Doetsch [94],
as to Michaela Williams [98], and as to Cameron Sutton [100] are granted in the amount
$1,000 for each, plus a filing fee and other taxable costs. Status hearing on Doe Y set for
11/17/2015 at 11:00 a.m. Mailed notice. (mgh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.