## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Flava Works, Inc.
                                   Plaintiff,

v.                                                       Case No.: 1:12−cv−07869
                                                                Honorable Joan H. Lefkow

John Does 1 to 293, et al.
                                   Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 27, 2017:

       MINUTE entry before the Honorable Joan H. Lefkow:Plaintiff's motion to amend/correct petition for fees [149] is granted. Fees are allowed to Attorney Juneitha Shambee in the amount of $10,000 against defendant Dereald D. Means. Although the requested amount is uncontested, the fee is reduced from the amount requested because a considerable amount of the legal work was incorrectly presented to the court (see dkt no. 133, 142), causing duplication of effort that could have been avoided. Costs are denied as costs have already been awarded in this case (119, 146) and time has passed for taxation of costs. Furthermore, plaintiff was allowed to file what amounts to 293 separate cases for one filing fee, such that assessment of costs against Doe Y alone would be unjust. Plaintiff is directed to file Exhibit A to the motion to seal Exhibit A [113] in an unredacted form and to file proof of service by publication.Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.